IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**JOSE SERRANO-MALDONADO,**

    *Petitioner*,

v.

**VERNON LIGGINS,** *et al.*,

    *Respondents*.

Civil No.: 1:26-cv-00041-JRR

## ORDER

For the reasons set forth on the record in open court at today's hearing, it is this 22nd day of January 2026, **ORDERED**:

1. Respondents shall immediately take all necessary action to facilitate Petitioner's return to the United States;

2. By 10:00 a.m., January 23, 2026, Respondents shall file a status report setting forth: (a) what actions resulted in Petitioner's January 20, 2026, removal to El Salvador notwithstanding this court's order at ECF No. 8 and Petitioner's Withholding of Removal order; (b) what actions, if any, have been taken to facilitate Petitioner's expeditious return to the United States from El Salvador; and (c) what additional steps Respondents will take, and when, to facilitate his return;

3. No less than every twenty-four (24) hours thereafter, until further order of court, Respondents shall file a status report as to items 2(b) and (c), above; and

4. All status reports shall be accompanied by a declaration made by a person with personal knowledge that binds Respondents under penalty of perjury attesting to the contents of the status report, including the authenticity and completeness of any exhibits to same; and

5. Should Respondents take the position that any status report/declaration, or portion thereof, must be filed under seal, they shall file a motion to seal in accordance with Local Rule

105.11.

                                                     /S/

                                        _____
                                        Julie R. Rubin
                                        United States District Judge