IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**JOSE SERRANO-MALDONADO,**

*Petitioner*,

v.

**VERNON LIGGINS,** *et al.*,

*Respondents.*

Civil No.: 1:26-cv-00041-JRR

## ORDER

Pending before the court is Petitioner Jose Serrano-Maldonado's Petition for Writ of Habeas Corpus (ECF No. 1; the "Petition"), as well as Respondents'[1] Response to Petition and Motion to Dismiss (ECF No. 10; the "Motion to Dismiss"). Following briefing by the parties, the court convened a hearing on the Petition and Motion to Dismiss on February 26, 2026. For the reasons set forth in open court during the court's oral ruling, it is this 26th day of February 2026:

**ORDERED** that Respondents' Motion to Dismiss (ECF No. 10) shall be, and is hereby, **DENIED**; and further it is

**ORDERED** that the Petition (ECF No. 1) shall be, and is hereby, **GRANTED IN PART** as follows and is otherwise **DENIED**; within seven (7) calendar days of the date of this order, Respondents shall return Petitioner to Maryland and release him from physical custody in accordance with the terms and conditions of his Order of Supervision in effect on January 2, 2026; and further it is

**ORDERED** that Respondents shall file a line confirming compliance with this order on or before 4:00 p.m. on March 6, 2026.

/s/
Julie R. Rubin
United States District Judge

---

[1] Vernon Liggins was recently named Acting Field Office Director for Immigration and Customs Enforcement's Baltimore Field Office. Pursuant to Federal Rule of Civil Procedure 25(d), Madam Clerk shall substitute Vernon Liggins for Jeremy Bacon as a Respondent in this action.